# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number |
|---|---|---|
| Charles Lemon on behalf of himself and all other Plaintiffs similary situated known and unknown.<br><br>V<br><br>Village Of Broadview, Sam Sacco, individually, Tony Sacco, individually and Henry Vincenik, individually | | FILED: APRIL 4, 2008<br>08CV1946       EDA<br>JUDGE DARRAH<br>MAGISTRATE JUDGE COLE |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

**PLAINTIFF**

| | |
|---|---|
| NAME<br>**JOHN W. BILLHORN** | |
| SIGNATURE<br>*s/ John W. Billhorn* | |
| FIRM<br>**BILLHORN LAW FIRM** | |
| STREET ADDRESS<br>**515 N. State Street / Suite 2200** | |
| CITY/STATE/ZIP<br>**Chicago, IL 60610** | |
| IDENTIFICATION NUMBER<br>**ARDC # 6196946** | TELEPHONE NUMBER<br>**(312) 464-1450** |
| FAX NUMBER:<br>**(312) 464-1459** | EMAIL ADDRESS:<br>jbillhorn@billhornlaw.com |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | X | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | X | NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | X | NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES | X | NO | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL  ☐         APPOINTED COUNSEL  ☐ |