THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES LEMON, on behalf of himself and all other plaintiffs known and unknown )<br><br>Plaintiff, )<br><br>vs. )<br><br>VILLAGE OF BROADVIEW, )<br>SAM SACCO, INDIVIDUALLY, )<br>TONY SACCO, INDIVIDUALLY AND )<br>HENRY VICENIK, INDIVIDUALLY )<br><br>Defendants. ) | Case No. 08 CV 1946 |

### NOTICE OF FILING

To:   See attached Service List

Please take notice that on June 4, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached **Answer, Affirmative Defenses and Jury Demand of Defendants the Village of Broadview, Tony Sacco and Henry Vicenik**, a copy of which is attached hereto.

By:   s:/Cary A. Horvath
One of Its Attorneys

ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678

### CERTIFICATE OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants mentioned on the attached Service List on this 4th day of June, 2008.

s:/Cary A. Horvath

## **SERVICE LIST**

John W. Billhorn
Billhorn Law Firm
515 North State Street
Suite 2200
Chicago, Illinois 60610