IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHARLES LEMON,** on behalf of himself and all other plaintiffs known and unknown, )<br>)<br>)<br>) | **N<u>o.</u>** 08 CV 1946 |
| ) Plaintiff ) | Honorable Judge Darrah |
| ) v. ) | |
| **VILLAGE OF BROADVIEW, SAM SACCO, INDIVIDUALLY, TONY SACCO, INDIVIDUALLY AND HENRY VICENIK, INDIVIDUALLY** )<br>)<br>)<br>)<br>) | ***JURY DEMAND*** |
| ) Defendants ) | |

**NOTICE OF MOTION**

TO:   Mr. Cary A. Hovarth
      Odelson Sterk, Ltd.
      3318 W. 95th Street
      Evergreen Park, IL

   PLEASE TAKE NOTICE that on  <u>Tuesday, July 1, 2008 at 9:00 a.m.</u> that we shall appear before the <u>Honorable Judge Darrah</u> in <u>Courtroom 1203</u> of the United States Courthouse, 219 S. Dearborn, Chicago, IL., and then and there present the attached **PLAINTIFF'S UNOPPOSED MOTION TO BEGIN NOTICE TO MEMBERS OF THE PLAINTIFF CLASS,** a copy of which is hereby served upon you.

                                              s/ John W. Billhorn
                                              *Electronic Filed 6/24/08*
                                              _____

                                              John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450

2

## **CERTIFICATE OF SERVICE**

  The undersigned, a non-attorney, hereby attests under oath that on June 24, 2008, she caused to be served upon the individual(s) of record herein the **PLAINTIFF'S UNOPPOSED MOTION TO BEGIN NOTICE TO MEMBERS OF THE PLAINTIFF CLASS,** via the Courts ECF system or as otherwise directed.

              s/ Jodi S. Hoare
              _____
              Jodi S. Hoare

2