# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1946 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Charles Lemon vs. Village of Broadview | | |

**DOCKET ENTRY TEXT**

Plaintiff's unopposed motion to begin notice to members of the plaintiff class [10, 11] is granted. Enter Order. Status hearing set for 8/21/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|