IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES LEMON, on behalf of himself and all other plaintiffs known and unknown, | ) ) ) ) No. 08 CV 1946 |
| Plaintiff | ) ) Honorable Judge Darrah |
| v. | ) ) |
| VILLAGE OF BROADVIEW, SAM SACCO, INDIVIDUALLY, TONY SACCO, INDIVIDUALLY AND HENRY VICENIK, INDIVIDUALLY | ) ) JURY DEMAND ) ) ) ) |
| Defendants | ) |

## ORDER

The parties having reached an agreement with regard to Notice to similarly situated, past and present individuals performing work for Defendants, and further having reached an agreement as to the format and language of the Notice and Consent forms to be forwarded, the Court hereby approves both in form and substance the Notice and Consents attached hereto.

_____
The Honorable Judge Darrah
DATE: 6-25-08

1